

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-15-00087-CV

---

### IN THE INTEREST OF C.L.R., R.S.R., AND C.B.R., CHILDREN

---

On Appeal from the 364th District Court
Lubbock County, Texas
Trial Court No. 2010-553,459, Honorable William R. Eichman II, Presiding

---

April 28, 2015

## ORDER ON MOTION FOR REHEARING

### Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

By opinion and judgment of March 27, 2015, we dismissed this appeal because appellant failed to pay the appellate filing fee or submit an affidavit of indigence and made no response to our letter instructing him that failure to pay the filing fee within ten days could result in dismissal of the appeal. *In re C.L.R.,* No. 07-15-00087-CV, 2015 Tex. App. LEXIS 3043 (Tex. App.—Amarillo Mar. 27, 2015, n.p.h.) (mem. op., per curiam).

Appellant timely filed a motion for rehearing and at our request appellee filed a response. After considering the motion and response, we grant appellant's motion for rehearing, withdraw our opinion and judgment of March 27, 2015, and reinstate this

appeal on the docket of the Court.  The clerk's record and reporter's record shall be filed within thirty days of the date of this order.

It is so ordered

Per Curiam